872 F.2d 419
 Small (James Lenard)
v.
Barker (W.R.), Jacobs (Jeff), Duncan (L.G. (Steve)), Hunt
(J.R., Jr.), Godwin (Ronald), Coleman (Ronald), Hardy
(Cliff), Davis (Ernest), McArthur (Brenda), Spivey (Ted),
Jacobs (Anthony), Bellamy (John), Walker (Michael), Coleman
(Wilton, Kenny), Campbell (Henry), McDowell (Frank),
Sparkman (Eddie), Rouse (James), Hinson (Bobby), Brown
(Harley), Miller (Leroy), McCumbee (Michael), Hayes
(Alford), Williamson (Pete), Lamb (Pete), Inman (Don),
 NO. 88-7818
 United States Court of Appeals,
Fourth Circuit.
 MAR 22, 1989
 
 1
 Appeal From: E.D.N.C.
 
 
 2
 AFFIRMED.